# NOAH SHEPARD

*v.*

# MARIANO PESQUERA ET AL.

---

EJECTMENT—RES JUDICATA—MOTION FOR PEREMPTORY INSTRUCTION FOR
DEFENDANTS.

A judgment in an action in an insular court, in substance identical as to
   subject-matter and parties with this suit, whether erroneous or not,
   is *res judicata* and conclusive.

October 29, 1902.

---

*Messrs. H. E. Smith* and *Jos. Anderson, Jr.,* for plaintiff.

*Mr. N. B. K. Pettingill* for defendants.

HOLT, Judge, delivered the following opinion:

As to the plaintiff and the defendant Mariano Pesquera, the
right at issue in this case was presented in the proceeding, the
record of which is in evidence, formerly pending in the district
court of San Juan, and which was instituted by Pesquera, and
to which plaintiff's vendor, H. E. Smith, was a party, and was
determined by that court, it being one of general jurisdiction.
That litigation was in substance identical as to party and sub-
ject-matter with this one as to said Pesquera; and whether the
decision was erroneous or not, it is conclusive in this case so

Shepard v. Pesquera.

far as Pesquera is concerned. The matter is *res judicata* as to him. The motion is, therefore, sustained as to him, and the jury are directed to return a verdict in his favor. As to the other defendants the motion is overruled, the court being of the opinion the question as to title and possession and ouster of the plaintiff, or those under whom he claims, should be left to the jury.